UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>GLOBAL ENERGIES, LLC,<br>f/k/a 714 Technologies, LLC<br><br>     Debtor.<br><br>JOSEPH G. WORTLEY,<br><br>     Plaintiff,<br><br>v.<br><br>RICHARD TARRANT, JAMES JURANITCH, CHRISPUS VENTURE CAPITAL, LLC, CHAD P. PUGATCH, RICE PUGATCH ROBINSON & SCHILLER, P.A., AND PLASMA POWER, LLC,<br><br>     Defendants. | Case No.: 10-28935-RBR<br><br>Chapter 7<br>(Involuntary)<br><br><br><br><br>Adversary Number: 15-01447-RBR |

**PLAINTIFF JOSEPH G. WORTLEY'S NOTICE OF FILING
ALL ATTORNEY'S FEES AND COSTS
INCURRED THROUGH NOVEMBER 30, 2016**

Plaintiff, Joseph G. Wortley, gives notice of filing all attorney's fees and costs he has incurred through November 30, 2016, which constitute part of the damages he is entitled to receive from Defendants per the Eleventh Circuit Court of Appeals' Mandate, and which are subdivided in the following matrix:

| EXHIBIT NO. | LAW FIRM<br>(and dates services were provided) | ATTORNEYS' ROLE | AMOUNT<br>(Fees and Costs) |
|---|---|---|---|
| A | **Graner Platzek & Allison, P.A.**<br><br>**(9/21/10-8/1/11)** | Litigation counsel in state court action related to the Defendants' misconduct | $211,653.42 |
| B | **David R. Softness, P.A.**<br><br>**(9/27/10-4/5/11)** | Initial bankruptcy counsel in Debtor's bankruptcy case | $70,830.41 |

| EXHIBIT NO. | LAW FIRM (and dates services were provided) | ATTORNEYS' ROLE | AMOUNT (Fees and Costs) |
|---|---|---|---|
| C | **Fitzgerald, Mayans & Cook, P.A.** (9/22/10-6/24/16) | Litigation counsel in state court action related to the Defendants' misconduct | $161,087.80 |
| D | **Jay Spechler, P.A.** (2/8/11-6/8/11) | Representation in Debtor's bankruptcy case | $40,000.00 |
| E | **Kutak Rock, LLP** (2/25/11-4/30/11) | Representation in Debtor's bankruptcy case | $183,282.61 |
| F | **Steven S. Newburgh, P.A.** (7/22/11-3/18/12) | Representation in Debtor's bankruptcy case | $74,200.00 |
| G | **Beasley Kramer & Galardi, P.A.** (7/13/11-5/20/15) | Representation in state court action related to Defendant's misconduct. | $640,900.44 |
| H | **McLaughlin & Stern, LLP** (4/23/12-1/2/13) | Representation in Debtor's bankruptcy case | $78,931.26 |
| I | **Ehrenstein Charbonneau Calderin** (5/2/12-5/20/12) | Representation in Debtor's bankruptcy case | $4,759.85 |
| J | **Pankauski Law Firm, PLLC** (6/3/14-8/27/15) | Representation in Debtor's bankruptcy case and appeal | $67,746.79 |
| K | **Bruce S. Rogow, P.A.** (7/1/14-10/31/16) | Co-counsel in Debtor's bankruptcy case, Eleventh Circuit Court of Appeals, and adversary proceeding | $113,990.96 |
| L | **Mrachek Fitzgerald Rose Konopka Thomas & Weiss, P.A.** (10/6/14-2/24/15) | Representation in Debtor's bankruptcy case | $49,125.49 |

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 2700, MIAMI, FL 33131 305.379.9000

| EXHIBIT NO. | LAW FIRM (and dates services were provided) | ATTORNEYS' ROLE | AMOUNT (Fees and Costs) |
|---|---|---|---|
| M | **Brown Rudnick LLP** (3/2/15-1/14/16) | Bankruptcy and litigation co-counsel in Debtor's bankruptcy case and adversary proceeding | $542,452.45[1] |
| N | **Kluger Kaplan Silverman Katzen & Levine, P.L** (9/22/16-11/30/16) | Litigation co-counsel in Debtor's bankruptcy case and adversary proceeding | $111,710.33 |
| | | | TOTAL |
| | | | $2,350,671.81 |

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
*Attorneys for Joseph G. Wortley*
201 S. Biscayne Blvd.
Twenty-Seventh Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By:  /s/ Jorge R. Delgado
    **TODD A. LEVINE**
    Florida Bar No. 899119
    **JORGE R. DELGADO**
    Florida Bar No. 84118

## CERTIFICATE OF SERVICE

I certify that on January 6, 2017, a copy of this document was served via email on all counsel of record or pro se parties identified in the attached Service List.

By: /s/ Jorge R. Delgado
    Jorge R. Delgado

---

[1] This amount includes Brown Rudnick's 30% holdback present in its engagement agreement.

**SERVICE LIST**

| | |
|---|---|
| Bruce S. Rogow and Tara A. Campion | brogow@rogowlaw.com; tcampion@rogowlaw.com |
| William R. Baldiga and Jesse N. Garfinkle | wbaldiga@brownrudnick.com; jgarfinkle@brownrudnick.com; acunningham@brownrudnick.com; cennis@brownrudnick.com; lcharron@brownrudnick.com |
| Michael I. Goldberg and Catherine E Douglas | michael.goldberg@akerman.com; charlene.cerda@akerman.com |
| Nolan K. Klein | klein@nklegal.com; nina@nklegal.com; amy@nklegal.com; katie@nklegal.com |
| Barry E. Mukamal | bemtrustee@kapilamukamal.com; FL64@ecfcbis.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Chad P. Pugatch and George L. Zinkler | cpugatch@rprslaw.com; capugatch@rprslaw.com; gzinkler@rprslaw.com |

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 2700, MIAMI, FL 33131 305.379.9000