

**ORDERED in the Southern District of Florida on October 27, 2017.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| GLOBAL ENERGIES, LLC, | Case No. 10-28935-RBR |
| Debtor(s)._____/ | Chapter 7 |
| JOSEPH G WORTLEY, | |
| Plaintiff(s), | |
| v. | Adv. Proc. No. 15-01447-RBR |
| RICHARD TARRANT et al., | |
| Defendant(s)._____/ | |

**ORDER TAKING PLAINTIFF'S COMPLAINT [D.E. 1] UNDER ADVISEMENT**

THIS MATTER came before the Court for a trial, which concluded on October 26, 2017, upon the remaining counts in Plaintiff's *Complaint* [D.E. 1] and Defendants' affirmative defenses. The Court took

the matter under advisement and required the submission of proposed orders by **November 30, 2017**. This date may be extended *ex parte* pursuant to the local rules. Each party shall submit one order.

The parties shall electronically mail (i.e. e-mail) proposed orders in word processing format (Word or WordPerfect) to this Court's electronic mailbox, RBR_Chambers@flsb.uscourts.gov. **DO NOT upload or file proposed orders through CM/ECF or with the Clerk's Office.** The subject line in the e-mail shall include the case number and the title of the party. (e.g. 15-1447, Plaintiff).

# # #

*The Clerk shall provide copies of this Order to:*
Plaintiff
Defendants