FLD 17DEC13AM1159USBCSDF-FTL

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>GLOBAL ENERGIES, LLC,<br>f/k/a 714 Technologies, LLC<br><br>　　Debtor. | Case No.: 10-28935-RBR |
| JOSEPH G. WORTLEY,<br><br>　　Plaintiff,<br><br>v.<br><br>RICHARD TARRANT, JAMES JURANITCH,<br>CHRISPUS VENTURE CAPITAL, LLC, CHAD P.<br>PUGATCH, RICE PUGATCH ROBINSON &<br>SCHILLER, P.A., AND PLASMA POWER, LLC,<br><br>　　Defendants | Adversary Number: 15-01447-RBR |

### PLAINTIFF'S NOTICE OF FILING FINAL INVOICE OF PLAINTIFF'S EXPERT WITNESS, THE AMOUNT OF WHICH IS TO BE CHARGED TO THE DEFENDANTS PURSUANT TO THE MANDATE OF THE ELEVENTH CIRCUIT COURT OF APPEALS

Plaintiff, Joseph G. Wortley, respectfully files with the court the invoices from my declared expert witness, Michiel McCarty of MM Dillon & Co, who produced an expert report filed earlier and gave a full day of live testimony.

Mr. McCarty as a well recognized expert witness on all matters associated with mergers, financing and valuation and specifically Global Energies and other alternative energy companies provided these services to me in order to properly collect the monies owed to me from the mandate of the 11th. As such these accumulated expenses incurred by me are required to be reimbursed by the defendants.

Mr. McCarty's final invoice, dated December 8, 2017 is attached as **Exhibit 1**. It reflects a total billed amount of $208,331.53 during the course of the engagement. Of this, $50,000 has been paid via my initial retainer.

**Exhibit 2** is a May 2, 2017 invoice. This is the invoice for the initial $50,000 retainer.

**Exhibit 3** is a July 6, 2017 invoice.

**Exhibit 4** is a July 14, 2017 invoice.

Wortley's previously totaled legal fees that he has incurred, totaling $2,622,356.92 are most recently detailed in D.E. 434 to 15-01447-RBR. Wortley's costs related to this matter are most recently detailed in D.E. 376 to 15-01447-RBR and total $547,320.12.

The costs detailed in D.E. 376 included the $50,000 retainer that has been paid to Mr. McCarty's firm, M.M. Dillion. Thus, this filing adds $158,331.53 ($208,331.53 final invoice amount LESS $50,000 retainer) to the previously claimed amounts.

```
$2,622,356.92
$  547,320.12
$  158,331.53
$3,328,008.57
```

Therefore, the total amount of my fees and costs to be charged to defendants is $3,328,008.57 pursuant to the express language of the Eleventh Circuit's Mandate, which states that this Court is to ensure that I am "fully compensated for any and all damages, including awarding Wortley attorneys' fees and costs."

Respectfully submitted,

Joseph G. Wortley, *Pro Se*
20 S.E. 3rd Street
Boca Raton, Florida 33432
jgwortley@aol.com

By: _____
JOSEPH G. WORTLEY

## CERTIFICATE OF SERVICE

I certify that on December 12, 2017, a copy of this document was filed with the Clerk of the Court. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified in the attached Service List via email or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: _____
Joseph G. Wortley

## SERVICE LIST

| | |
|---|---|
| Michael I. Goldberg and Catherine E Douglas | michael.goldberg@akerman.com; charlene.cerda@akerman.com |
| Nolan K. Klein | klein@nklegal.com; nina@nklegal.com; amy@nklegal.com; katie@nklegal.com |
| Barry E. Mukamal | bemtrustee@kapilamukamal.com; FL64@ecfcbis.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Chad P. Pugatch and George L. Zinkler | cpugatch@rprslaw.com; capugatch@rprslaw.com; gzinkler@rprslaw.com |

# EXHIBIT

# 1

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

December 8, 2017                                                                                     Final Invoice #WL00004

**FINAL INVOICE**

**Joseph G. Wortley**
456 E Alexander Palm Road
Boca Raton, FL 33432

All amounts referred to herein are invoiced pursuant to that certain Agreement by and between Joseph G. Wortley and M.M. Dillon & Co. Please transmit funds via the wire instructions below to M.M. Dillon & Co.

**Professional Services:**

| | | |
|---|---|---|
| Consulting Fees[1] | | $57,525.00 |
| **Reimbursable Expenses** | | <u>327.70</u> |
| | Total : | $57,852.70 |
| Previously Accumulated Invoices # 2- 3 | | <u>$150,478.83</u> |
| Grand Total of All Billable Amounts | Total | $208,331.53 |
| Credit of Previously Paid Retainer | | <u>-$50,000</u> |
| Amount Due and Payable within 30 Days | | <u>$158,331.53</u> |

Please forward cash payments via wire per the following instructions:

| | |
|---|---|
| Bank: | Wells Fargo Bank |
| Address: | 600 California Street, San Francisco, CA 94108 |
| ABA Number: | 121000248 |
| Account Name: | M.M. Dillon & Co. Group LLC |
| Account Number: | 2000030372528 |

---

[1] Retainer of $50,000.00 to be credited against final invoice fees for Services.

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

## Professional Summary

Invoice WL#0004

## M.M. Dillon & Co. - Hours
## Global Energies
## December 8, 2017

| Professional | Position | Hourly Rate | Hours (Up to December 8, 2017) | Total Fees |
|---|---|---:|---:|---:|
| M. McCarty | Managing Director | 950.00 | 41.00 | $ 38,950.00 |
| M. McCarty | Trial/ Deposition | 15,000.00 | - | $ 15,000.00 |
| M. Espinal | Senior Vice President | 650.00 | 5.50 | $ 3,575.00 |
| R. Fitzgerald | Associate | 550.00 | - | $ - |
| **Total** | | | 46.50 | $ 57,525.00 |

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

## Expense Summary

Invoice WL00002

## M.M. Dillon & Co. - Expenses
### Global Energies
### December 8, 2017

#### Reimbursable Expenses

|  | Expense | Adjustment | Net |
|---|---|---|---|
| Travel/Transportation | $178.00 | | $178.00 |
| Travel/Lodging | 0.00 | | 0.00 |
| Travel/Meals | 0.00 | | 0.00 |
| Mail/Overnight Delivery | 0.00 | | 0.00 |
| Local Transportation (Overtime) | 59.00 | | 59.00 |
| Data/Research | 0.00 | | 0.00 |
| Working/Overtime Meals | 36.50 | | 36.50 |
| Color Photocopying/Printing | 0.00 | | 0.00 |
| Photocopying/Printing | 54.20 | | 54.20 |
| | | | **$327.70** |

# EXHIBIT

# 2

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

May 2, 2017                                                                 Invoice #WL00001

## INVOICE

**Joseph G. Wortley**
456 E Alexander Palm Rd,
Boca Raton, FL 33432

All amounts referred to herein are invoiced pursuant to that certain Agreement by and between Joseph G. Wortley and M.M. Dillon & Co. Please transmit funds via the wire instructions below to M.M. Dillon & Co.

**Professional Services:**
   Initial Consulting Payment[1]                                            $50,000.00

**Reimbursable Expenses**                                                            0.00

                                      Total Due:                                 $50,000.00

Please forward cash payment via wire as per the following instructions:

Bank:               Wells Fargo Bank
Address:            600 California Street, San Francisco, CA 94108
ABA Number:         121000248
Account Name:       M.M. Dillon & Co. Group LLC
Account Number:     2000030372528

---

[1] To be credited against fees for Services

# EXHIBIT

# 3

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

July 6, 2017  Invoice #WL00002

## INVOICE

**Joseph G. Wortley**
456 E Alexander Palm Road
Boca Raton, FL 33432

All amounts referred to herein are invoiced pursuant to that certain Agreement by and between Joseph G. Wortley and M.M. Dillon & Co. Please transmit funds via the wire instructions below to M.M. Dillon & Co.

Professional Services:
  Consulting Fees[1]  $107,700.00

Reimbursable Expenses  277.81

  Total Due:  $107,977.81

Bank:  Wells Fargo Bank
Address:  600 California Street, San Francisco, CA 94108
ABA Number:  121000248
Account Name:  M.M. Dillon & Co. Group LLC
Account Number:  2000030372528

---

[1] Retainer of $50,000.00 to be credited against final invoice fees for Services.

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

**Professional Summary**                                          Invoice WL#0002

## M.M. Dillon & Co. - Hours
### Global Energies
### July 6, 2017

|  |  |  | Up to July 6, 2017 | |
| --- | --- | --- | --- | --- |
| **Professional** | **Position** | **Hourly Rate** | **Hours** | **Total Fees** |
| M. McCarty | Managing Director | 950.00 | 91.00 | $ 86,450.00 |
| M. McCarty | Trial/ Deposition | 15,000.00 | - | $ - |
| M. Espinal | Senior Vice President | 650.00 | 25.50 | $ 16,575.00 |
| R. Fitzgerald | Associate | 550.00 | 8.50 | $ 4,675.00 |
| **Total** |  |  | 125.00 | $ 107,700.00 |

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

**Expense Summary**             Invoice WL00002

## M.M. Dillon & Co. - Expenses
### Global Energies
### July 6, 2017

#### Reimbursable Expenses

| | Expense | Adjustment | Net |
|---|---|---|---|
| Travel/Transportation | $0.00 | | $0.00 |
| Travel/Lodging | 0.00 | | 0.00 |
| Travel/Meals | 0.00 | | 0.00 |
| Mail/Overnight Delivery | 0.00 | | 0.00 |
| Local Transportation (Overtime) | 157.13 | | 157.13 |
| Data/Research | 0.00 | | 0.00 |
| Working/Overtime Meals | 86.48 | | 86.48 |
| Color Photocopying/Printing | 0.00 | | 0.00 |
| Photocopying/Printing | 34.20 | | 34.20 |
| | | | **$277.81** |

# EXHIBIT

# 4

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

July 14, 2017                                                                                   Invoice #WL00003

### INVOICE

**Joseph G. Wortley**
456 E Alexander Palm Road
Boca Raton, FL 33432

All amounts referred to herein are invoiced pursuant to that certain Agreement by and between Joseph G. Wortley and M.M. Dillon & Co. Please transmit funds via the wire instructions below to M.M. Dillon & Co.

Professional Services:
   Consulting Fees[1]                                                                                   $42,200.00

Reimbursable Expenses                                                                                       301.02

                                                                Total Due:       **$42,501.02**

Please forward cash payment via wire pursuant to the following instructions:

| | |
|---|---|
| Bank: | Wells Fargo Bank |
| Address: | 600 California Street, San Francisco, CA 94108 |
| ABA Number: | 121000248 |
| Account Name: | M.M. Dillon & Co. Group LLC |
| Account Number: | 2000030372528 |

---

[1] Retainer of $50,000.00 to be credited against final invoice fees for Services.

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

## Professional Summary

Invoice WL#0003

## M.M. Dillon & Co. - Hours
### Global Energies
### July 14, 2017

| Professional | Position | Hourly Rate | Hours (July 6 to July 14, 2017) | Total Fees (July 6 to July 14, 2017) |
|---|---|---|---|---|
| M. McCarty | Managing Director | 950.00 | 12.00 | $ 11,400.00 |
| M. McCarty | Trial/ Deposition per Day | 15,000.00 | 2 days | $ 30,000.00 |
| M. Espinal | Senior Vice President | 650.00 | 2.00 | $ 1,300.00 |
| R. Fitzgerald | Associate | 550.00 | - | $ 0.00 |
| **Total** | | | 14.00 | $ 42,700.00 |

# M.M. Dillon & Co.

*One Sound Shore Drive, Greenwich, CT 06830*

**Expense Summary**                                   Invoice WL#00003

## M.M. Dillon & Co. - Expenses
### Global Energies
### July 14, 2017

Reimbursable Expenses

|  | Expense | Adjustment | Net |
|---|---|---|---|
| Travel/Transportation | $260.02 |  | $260.02 |
| Travel/Lodging | 0.00 |  | 0.00 |
| Travel/Meals | 29.00 |  | 29.00 |
| Mail/Overnight Delivery | 0.00 |  | 0.00 |
| Local Transportation (Overtime) | 0.00 |  | 0.00 |
| Data/Research | 0.00 |  | 0.00 |
| Working/Overtime Meals | 0.00 |  | 0.00 |
| Color Photocopying/Printing | 0.00 |  | 0.00 |
| Photocopying/Printing | 12.00 |  | 12.00 |
|  |  |  | **$301.02** |